1 **SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
2 Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
3 101 S. Western Ave., Second Floor
Los Angeles, CA 90004
4 Telephone: (213) 252-8008
cm@SoCalEAG.com
5
Attorneys for Plaintiff, DARWIN BOGGS
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DARWIN BOGGS,

12        Plaintiff,

13

14   vs.

15 AMAPOLA RICO TACO, INC.;
POTOMAC PLAZA, LLC; and DOES
16 1 to 10,

17

18        Defendants.

**Case No.: 5:24-cv-00695-JGB (DTBx)**

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DARWIN BOGGS ("Plaintiff") and Defendant AMAPOLA RICO TACO, INC. and POTOMAC PLAZA, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: August 23, 2024         SO. CAL. EQUAL ACCESS GROUP

By:   /s/   Jason J. Kim
      Jason J. Kim
      Attorneys for Plaintiff

DATED: August 23, 2024

By:   /s/ Adolfo B. Garber
      Adolfo B. Garber, Esq.
      Attorneys for Defendants
      AMAPOLA RICO TACO, INC. and
      POTOMAC PLAZA, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 23, 2024         By: /s/ Jason J. Kim
                                   Jason J. Kim